PHOTOGRAPH